UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAPORSHA WILLIAMS,

                     Plaintiff,

            -against-

HALE AND HEARTY SOUPS, L.L.C, and
RIGOBERTO MORALES,

                     Defendants,

**ORDER**

20 Civ. 4790 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for February 11, 2021 is adjourned sine die.

Dated: New York, New York
        February 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge