KUUKU MINNAH-DONKOH
OFFICE: (212) 453-0709
CELL: (914) 787-9846
KMINNAHDONKOH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

# MEMORANDUM ENDORSEMENT

**All deadlines are adjourned sine die. The Court will separately schedule a settlement conference. If the case does not settle, the parties shall, within 7 days of the conclusion of the settlement conference, submit joint or separate proposals for new deadlines.**

March 3, 2021

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**March 4, 2021**

<u>VIA ECF</u>
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Williams v. Hale & Hearty Soups, LLC and Rigoberto Morales
        Case No.: 20 Civ. 4790 (PGG) (GWG)

Dear Judge Gorenstein:

This office represents defendants Hale & Hearty Soups, LLC and Rigoberto Morales ("Defendants") in the above-referenced matter. Defendants and Plaintiff (the "Parties") submit this joint letter to respectfully request a settlement conference with the Court, and a stay of discovery and all future deadlines pending the settlement conference. The current fact discovery deadline is March 22, 2021. *See* ECF Doc. No. 26.

On October 15, 2020, the Parties participated in the Court's mandatory early mediation program for employment cases. However, the Parties were unable to resolve the case at that time. Since then, the Parties have had further settlement discussions, and have also completed document discovery. The Parties are optimistic that with the Court's assistance, the Parties will be able to resolve this matter. Accordingly, before spending the time and incurring the costs associated with depositions, the Parties respectfully request a settlement conference with the Court. The Parties respectfully also request a stay of discovery pending the result of the settlement conference.

The Parties thank the Court for its time and attention to this joint request.

Respectfully submitted,

/S/ *Kuuku Minnah-Donkoh*
Kuuku Minnah-Donkoh

CC: All counsel of record (via ECF)